85 A.3d 466

**In re Melvin David LEWIS**

**Petition of Melvin Lewis.**

**No. 191 EM 2013.**

Supreme Court of Pennsylvania.

Feb. 5, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of February, 2014, the Petition for Writ of Mandamus is **DENIED.**